Case 8:12-cr-00261-JSM-TGW   Document 211   Filed 05/20/25   Page 1 of 1 PageID 949

AO 247 (Rev. 03/19)   Order Regarding Motion for Sentence Reduction Pursuant to 18 U.S.C. § 3582(c)(2)   Page 1 of 2 (Page 2 Not for Public Disclosure)

# UNITED STATES DISTRICT COURT
for the
Middle District of Florida

| | |
|---|---|
| United States of America ) | |
| v. ) | |
| ALEXANDER GUTIERREZ ) | Case No: 8:12-cr-261-JSM-TGW |
| ) | USM No: 71525-004 |
| Date of Original Judgment: ) | |
| Date of Previous Amended Judgment: 07/03/2013 ) | Pro Se |
| *(Use Date of Last Amended Judgment if Any)* | *Defendant's Attorney* |

## ORDER REGARDING MOTION FOR SENTENCE REDUCTION
## PURSUANT TO 18 U.S.C. § 3582(c)(2)

Upon motion of ☑ the defendant ☐ the Director of the Bureau of Prisons ☐ the court under 18 U.S.C. § 3582(c)(2) for a reduction in the term of imprisonment imposed based on a guideline sentencing range that has subsequently been lowered and made retroactive by the United States Sentencing Commission pursuant to 28 U.S.C. § 994(u), and having considered such motion, and taking into account the policy statement set forth at USSG §1B1.10 and the sentencing factors set forth in 18 U.S.C. § 3553(a), to the extent that they are applicable,

**IT IS ORDERED** that the motion is:
☑ DENIED.   ☐ GRANTED and the defendant's previously imposed sentence of imprisonment *(as reflected in the last judgment issued)* of _____ months **is reduced to** _____ .

*(See Page 2 for additional parts. Complete Parts I and II of Page 2 when motion is granted)*

Defendant is ineligible for a sentence reduction pursuant to Amendment No. 821 under U.S.S.G. § 4C1.1 - Zero Criminal History Points when the sentence was imposed. At sentencing, Defendant's total criminal history score was five which established a criminal history category of III. That calculation was based on Defendant's August 24, 2005 drug conviction in which he received a term of imprisonment of 68 months (United States District Court; Docket No.: 1:04cr20900). Additionally, he defendant does not meet the criteria at: §4C1.1(a)(7) – Possess, receive, purchase, transport, transfer, sell, or dispose of firearm or dangerous weapon in connection with the offense. Defendant received a two-level increase on his offense level computation under USSG § 2D1.1(b)(1) because an unloaded AK-47 firearm was seized from the GFV.

Except as otherwise provided, all provisions of the judgment dated _____ shall remain in effect.
**IT IS SO ORDERED.**

Order Date:   05/19/2025                            _____
                                                    *Judge's signature*

Effective Date: _____                       James S. Moody, Jr., United States District Judge
*(if different from order date)*                     *Printed name and title*